FILED ENTERED
LODGED RECEIVED

DEC 23 2005 DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEE FAMILY INVESTMENTS, by and through its Trustee W.B. Lee, Derivatively and on behalf of Nominal Defendant WASHINGTON MUTUAL, INC.,

Plaintiff,

v.

KERRY K. KILLINGER, THOMAS W. CASEY, DEANNA W. OPPENHIEMER, ANNE V. FARRRELL, STEPHEN E. FRANK, PHILLIP D. MATTHEWS, MICHAEL K. MUPRHY, MARGARET OSMER MCQUADE, MARY E. PUGH, WILLIAM G. REED, JR., JAMES H. STEVER, WILLIS B. WOOD, JR.,

Defendants.

And

WASHINGTON MUTUAL, INC.,

Nominal Defendant.

No. CV05-2121MJP

NOTICE OF REMOVAL OF *ACTION UNDER 28 U.S.C. § 1441*

05-CV-02121-CMP

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON:

PLEASE TAKE NOTICE that, for the reasons set forth below, Defendants Washington Mutual, Inc. ("Washington Mutual"), Anne V. Farrell, Stephen E. Frank,



ORIGINAL

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Phillip D. Matthews, Michael K. Murphy, Margaret Osmer McQuade, Mary E. Pugh, William G. Reed, Jr., James H. Stever, and Willis B. Wood, Jr. (collectively, "the Removing Defendants"), through their undersigned attorneys, file this Notice of Removal to remove this action from the Superior Court of the State of Washington in and for King County to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1441.

In support of the Notice of Removal, the Removing Defendants state as follows:

**BACKGROUND TO THE NOTICE OF REMOVAL**

1. On November 29, 2005, plaintiff Lee Family Investments, by and through its trustee W. B. Lee ("Plaintiff") filed a complaint (the "Complaint" or "Compl.") in the Superior Court of the State of Washington in and for King County commencing the derivative action entitled *Lee Family Investments v. Kerry K. Killinger, et al.* (the "Action"). A true and correct copy of the Complaint is attached hereto as Exhibit A.

2. Among other things, Plaintiff seeks relief in this Action under 15 U.S.C. § 7243. Specifically, Plaintiff seeks to compel reimbursement by Kerry K. Killinger, Thomas W. Casey, Deanna W. Oppenheimer, Anne V. Farrell, Stephen E. Frank, Phillip D. Matthews, Michael K. Murphy, Margaret Osmer McQuade, Mary E. Pugh, William G. Reed, Jr., James H. Stever, and Willis B. Wood, Jr. (the "Individual Defendants") "of all bonuses and other incentive-based or equity-based compensation paid to [them] as well as any profits realized from the sale of Washington Mutual Securities by them." (Exhibit A, Compl. ¶ 201.) Plaintiff also alleges as against the Individual Defendants various violations of state law relating to their duties as officers and directors of Washington Mutual. (*Id.* at ¶¶ 172-199.)



Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax (206) 628-7699

3. The federal statute under which Plaintiff seeks relief, 15 U.S.C. § 7243, was enacted on July 30, 2002, as part of the Sarbanes-Oxley Act of 2002, Pub.L. 107-204, 116 Stat. 745 (codified as amended in scattered sections of 15 and 18 U.S.C.).

4. This matter is related to the case entitled South Ferry LP #2 v. Kerry K. Killinger, et al., CV04-1599C, currently pending in this Court before the Honorable John C. Coughenour (the "Securities Action"). Washington Mutual and several of the Individual Defendants are also defendants in the Securities Action. A true and correct copy of the docket sheet in the Securities Action is attached hereto as Exhibit B.

**REMOVAL PURSUANT TO 28 U.S.C. § 1441**

5. Actions that fall within the original jurisdiction of the United States district courts may be removed pursuant to 28 U.S.C. § 1441(a), which states in pertinent part:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. § 1441(a). District courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States," 28 U.S.C. § 1331, which encompasses the claim brought here under 15 U.S.C. § 7243.

6. Additionally, 28 U.S.C. § 1367 gives district courts supplemental jurisdiction over "over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." That jurisdiction encompasses all of the other claims brought in this Action, which are inextricably intertwined with the claim brought under 15 U.S.C. § 7243.



Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

**THE REMOVAL PREREQUISITES HAVE BEEN SATISFIED**

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days of the commencement of the above Action and is, therefore, timely.

8. True and correct copies of all process, pleadings and orders served upon the Removing Defendants in the state court proceeding are being filed with this Court as Exhibits A and C.

9. Upon filing the Notice of Removal, the Removing Defendants will furnish written notice to Plaintiffs' counsel, and will file and serve a copy of this Notice with the Clerk of the King County Superior Court, pursuant to 28 U.S.C. § 1446(d).

10. No previous application has been made by defendants for this or similar relief.

11. The United States District Court for the Western District of Washington is the federal judicial district embracing the King County Superior Court, where the suit was originally filed, 28 U.S.C. § 128(b), and Seattle is the proper division or location for the matter. LCR 5(e)(1).

12. No defendant in this action other than the Removing Defendants has been served with process. Nevertheless, without waiving service of process, and for the avoidance of any doubt, each defendant named in the Complaint other than the Removing Defendants has expressly consented, in writing, to the removal of this Action. Letters indicating such consent are attached under Exhibit D.

WHEREFORE, Removing Defendants desiring to remove this Action to the United States District Court for the Western District of Washington, hereby request that the filing of this Notice of Removal shall effect the removal of said civil action to this Court.



Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

RESPECTFULLY SUBMITTED this 23rd day of December, 2005.

Of Counsel:

Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant Washington Mutual, Inc.

Davis Wright Tremaine LLP
Attorneys for Defendant Washington Mutual, Inc.

By [signature]
Stephen M. Rummage, WSBA # 11168
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Telephone: (206) 628-7755
Fax: (206) 903-3955
E-mail: steverummage@dwt.com

Perkins Coie LLP
Attorneys for Defendants Farrell, Frank, Matthews, Murphy, McQuade, Pugh, Reed, Stever, and Wood

By Ronald L. Berenstain by SMR
Ronald L. Berenstain, WSBA # 7573
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: (206) 359-8000
Fax: (206) 359-9000
E-mail: rberenstain@perkinscoie.com
per telephone auth.



Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2005, I caused to be hand served, a true and correct copy of the foregoing Notice of Removal of Action Under 28 U.S.C. § 1441 filed in connection with the above-referenced matter upon plaintiff's counsel of record at the following address:

Jess G. Webster
MIKKELBORG, BROZ, WELLS & FRYER, PLLC
1001 Fourth Avenue, Suite 3600
Seattle, WA 98154-1115

DATED this 23rd day of December, 2005.

Stephen M. Rummage, WSBA #11168



Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699