THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE FAMILY INVESTMENTS, by and through its Trustee W.B. LEE, Derivatively and on behalf of Nominal Defendant WASHINGTON MUTUAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KERRY K. KILLINGER, THOMAS W. CASEY, DEANNA W. OPPENHEIMER, ANNE V. FARRELL, STEPHEN E. FRANK, PHILLIP D. MATTHEWS, MICHAEL K. MURPHY, MARGARET OSMER MCQUADE, MARY E. PUGH, WILLIAM G. REED, JR., JAMES H. STEVER, WILLIS B. WOOD, JR., <br><br> Defendants, <br><br> And <br><br> WASHINGTON MUTUAL, INC., <br><br> Nominal Defendant. | CASE NO.: C05-2121-JCC <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITHOUT PREJUDICE
CASE NO. C05-2121 JCC

3826584_1.DOC

WOLFE, WRENN & ZARISKI
Two Union Square
601 Union St., Suite 5110
Seattle, WA 98101
Tel: (206) 467-9088
Fax: (206) 447-9374

1  The parties to the above-captioned litigation hereby stipulate as follows:

2  WHEREAS, plaintiff has brought this litigation derivatively on behalf of nominal
3  defendant Washington Mutual, Inc.;

4  WHEREAS, on September 26, 2008, Washington Mutual, Inc. filed a voluntary
5  bankruptcy petition in the United States Bankruptcy Court for the District of Delaware, *In re*
6  *Washington Mutual, Inc.,* Case No. 08-cv-12229-MFW (*see* Notice of Automatic Stay as to
7  Washington Mutual, Inc. (Dkt. 37));

8  WHEREAS, the debtor-in-possession has exclusive standing to assert a cause of action
9  belonging to the bankruptcy estate (*Pepper v. Litton,* 308 U.S. 295 (1939); *Delgado Oil Co., Inc.*
10  *v. Torres*, 785 F.3d 857 (10th Cir. 1986); *In re: RNI Wind Down Corp.,* 348 B.R. 286 (Bkrtcy. D.
11  Del. 2006));

12  WHEREAS, the debtor-in-possession has declined to assign the cause of action to
13  plaintiff, thereby depriving plaintiff of standing to pursue this litigation and depriving this Court
14  of subject matter jurisdiction to entertain the claims asserted herein.

15  THEREFORE, the parties, by and through their attorneys, hereby **STIPULATE AND**
16  **AGREE**, subject to approval of the Court, that the above-captioned litigation is dismissed as to
17  all parties, without prejudice, for lack of subject matter jurisdiction, without fees or costs to any
18  party.

19  Dated:  November 18, 2009

20          s/ John W. Wolfe
        John W. Wolfe, WSBA #8028
21          **WOLFE, WRENN & ZARISKI**
        Two Union Square
22          601 Union Street, Suite 5110
        Seattle, WA 98101
23          Telephone:  (206) 467-9088
        Facsimile:  (206) 447-9378
24          Email:  jwolfe@jwwolfelaw.com

25          *Attorneys for Nominal Defendant Washington*
        *Mutual, Inc.*
26

27

**STIPULATION AND [PROPOSED] ORDER OF**
**DISMISSAL WITHOUT PREJUDICE**
CASE NO. C05-2121 JCC

- 2 -

**WOLFE, WRENN & ZARISKI**
Two Union Square
601 Union St., Suite 5110
Seattle, WA  98101
Tel: (206) 467-9088
Fax: (206) 447-9374

3826584_1.DOC

1 | Dated: November 18, 2009

2 |     s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
3 | Douglas W. Greene, WSBA #22844
**WILSON SONSINI GOODRICH & ROSATI**
4 | Professional Corporation
701 Fifth Avenue, Suite 5100
5 | Seattle, WA 98104-7036
Telephone: (206) 883-2500
6 | Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com
7 | Email: dgreene@wsgr.com

8 | *Attorneys for Defendant*
*Kerry K. Killinger*

9 | Dated: November 18, 2009

10 |     s/ Ronald L. Berenstain

11 | Ronald L. Berenstain, WSBA #7573
**PERKINS COIE LLP**
12 | 1201 3rd Avenue, Suite 4800
Seattle, WA 98101-3099
13 | Telephone: (206) 359-8477
Facsimile: (206) 359-9000
14 | Email: rberenstain@perkinscoie.com

15 | *Attorneys for Defendants*
*Anne V. Farrell, Stephen E. Frank, Phillip D.*
16 | *Matthews, Michael K. Murphy, Margaret*
*Osmer McQuade, Mary E. Pugh, William G.*
17 | *Reed, Jr., James H. Stever and Willis B. Wood,*
*Jr.*

18 | Dated: November 18, 2009

19 |

20 |     s/ Stephen M. Rummage
Stephen M. Rummage, WSBA #11168
Steven P. Caplow, WSBA #19843
21 | **DAVIS WRIGHT TREMAINE, LLP**
1201 3rd Ave., Ste 2200
22 | Seattle, WA 98101-3045
Telephone: (206) 757-8018
23 | Facsimile: (206) 757-7018
Email: steverummage@dwt.com
24 | Email: stevencaplow@dwt.com

25 | *Attorneys for Defendant*
*Thomas W. Casey*

26 |

27 |

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITHOUT PREJUDICE
CASE NO. C05-2121 JCC

- 3 -

3826584_1.DOC

WOLFE, WRENN & ZARISKI
Two Union Square
601 Union St., Suite 5110
Seattle, WA 98101
Tel: (206) 467-9088
Fax: (206) 447-9374

1 | Dated: November 18, 2009

2 |    s/ Cyrus R. Vance, Jr.
Cyrus R. Vance, Jr., WSBA #
**MORVILLO ABRAMOWITZ GRAND IASON & SILBERBERG, PC**
565 Fifth Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 880-9490
Facsimile: (212) 856-9494
Email: cvance@maglaw.com

*Attorneys for Defendant*
*Deanna W. Oppenheimer*

9 | Dated: November 18, 2009

   s/ Jess Gilbert Webster
Jess Gilbert Webster, WSBA #11402
**MIKKELBORG BROZ WELLS & FRYER**
1001 4th Avenue, Suite 3600
Seattle, WA 98154-1115
Telephone: (206) 623-5890
Facsimile: (206) 623-0965
Email: jgwebster@mikkelborg.com

- and -

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73102
Telephone: (405) 235-1560
Email: wbf@federmanlaw.com

*Attorneys for Plaintiff*
*Lee Family Investments, by and through its Trustee W.B. Lee, Derivatively and on behalf of Nominal Defendant Washington Mutual, Inc.*

---

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**
CASE NO. C05-2121 JCC

- 4 -

**WOLFE, WRENN & ZARISKI**
Two Union Square
601 Union St., Suite 5110
Seattle, WA 98101
Tel: (206) 467-9088
Fax: (206) 447-9374

3826584_1.DOC

1   Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that:

2   1.   The above-captioned litigation is dismissed as to all parties, without prejudice, for lack of subject matter jurisdiction, without fees or costs to any party; and

4   2.   The Clerk is directed to enter judgment accordingly.

5   **IT IS SO ORDERED**.

6   DATED this __ day of _____ 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**
CASE NO. C05-2121 JCC

3826584_1.DOC

- 5 -

**WOLFE, WRENN & ZARISKI**
Two Union Square
601 Union St., Suite 5110
Seattle, WA 98101
Tel: (206) 467-9088
Fax: (206) 447-9374

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Ronald L Berenstain**
rberenstain@perkinscoie.com

**Steven P Caplow**
stevencaplow@dwt.com

**William B Federman**
wbf@federmanlaw.com

**Douglas W Greene**
dgreene@wsgr.com

**Barry M Kaplan**
bkaplan@wsgr.com

**Stephen M. Rummage**
steverummage@dwt.com

**Cyrus R Vance , Jr**
cvance@maglaw.com

**Jess Gilbert Webster**
jgwebster@mikkelborg.com

Dated:  November 18, 2009

                                                 s/ Barry M. Kaplan
                                                 Barry M. Kaplan, WSBA# 8661

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
CASE NO. C05-2121 JCC

3826584_1.DOC

- 6 -

WOLFE, WRENN & ZARISKI
Two Union Square
601 Union St., Suite 5110
Seattle, WA  98101
Tel: (206) 467-9088
Fax: (206) 447-9374