THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE FAMILY INVESTMENTS, by and through its Trustee W.B. LEE, Derivatively and on behalf of Nominal Defendant WASHINGTON MUTUAL, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>KERRY K. KILLINGER, THOMAS W. CASEY, DEANNA W. OPPENHEIMER, ANNE V. FARRELL, STEPHEN E. FRANK, PHILLIP D. MATTHEWS, MICHAEL K. MURPHY, MARGARET OSMER MCQUADE, MARY E. PUGH, WILLIAM G. REED, JR., JAMES H. STEVER, WILLIS B. WOOD, JR.,<br><br>       Defendants,<br><br>And<br><br>WASHINGTON MUTUAL, INC.,<br><br>       Nominal Defendant. | Case No. C05-2121-JCC<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**ORDER**

Pursuant to the parties' stipulation (Dkt. No. 47), IT IS HEREBY ORDERED that:

The above-captioned litigation is DISMISSED WITHOUT PREJUDICE as to all parties for lack of subject matter jurisdiction, without fees or costs to any party.

DATED this 19th day of November 2009.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE